# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| TIMOTHY BLAND | |
|---|---|
| PLAINTIFF | |
| V. | CASE NO. 4:17CV00705 SWW |
| UNION PACIFIC RAILROAD COMPANY | |
| DEFENDANT | |

## **ORDER**

Before the Court is Plaintiff's stipulation of dismissal with prejudice [ECF No. 26], stating that the parties have settled this matter.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 11TH DAY OF JULY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE